REUBEN J. ELLIOTT, DEFENDANT IN ERROR, v. PHILA-
DELPHIA AND CAMDEN FERRY COMPANY, PLAINTIFF
IN ERROR.

Submitted March 25, 1912—Decided June 20, 1912.

On error to the Camden Circuit Court.

For the plaintiff, defendant in error, *Wescott & Wescott.*

For the defendant, plaintiff in error, *Gaskill & Gaskill.*

PER CURIAM.

The defence claims exemption from liability because the
arrest for which plaintiff sues was the act of the employe
when engaged in a matter of his own and not in the course
of his duty as servant of the defendant. It appears that
the plaintiff was on the ferryboat as a passenger and had
paid his fare. The case is therefore governed by *Haver* v.
*Central Railroad,* 33 *Vroom* 282, and it was proper to re-
fuse to nonsuit and to direct a verdict for defendant.

We think the trial judge was right also in excluding evi-
dence that the plaintiff had made a good many claims and
brought other suits against corporations before the present
one.

The judgment is affirmed, with costs.

*For reversal*—None.